**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JORGE ALEJANDRO RODRIGUEZ MORENO, *et al.*, | ) | |
| *Plaintiffs*, | ) | Case No. 1:26-cv-00582-JLH |
| v. | ) | |
| | ) | Related to: Case No. 1:23-cv-00989-JLH |
| CITGO PETROLEUM CORPORATION, *et al.*, | ) | |
| *Defendants*. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CITGO Petroleum Corporation submits this Corporate Disclosure Statement, and respectfully shows the following:

CITGO Petroleum Corporation is a wholly owned subsidiary of CITGO Holding, Inc., which is a wholly owned subsidiary of PDV Holding, Inc., which is a wholly owned subsidiary of Petróleos de Venezuela, S.A., the national oil company of the Bolivarian Republic of Venezuela. No publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

*/s/ Alexandra M. Cumings*
Alexandra M. Cumings (#6146)
Phillip Reytan (#7255)
Jonathan H. Lloyd (#7618)
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
acumings@morrisnichols.com
preytan@morrisnichols.com
jlloyd@morrisnichols.com

*Attorneys for Defendants CITGO Petroleum Corporation, PDV Holding, Inc., Fernando Vera, Carlos Jordá, and Samuel Wilhelm*

OF COUNSEL:

Nathan P. Eimer
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600

*Attorneys for Defendants CITGO Petroleum Corporation and PDV Holding, Inc.*

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
2049 Century Park East
Los Angeles, California 90067
(310) 855-3000

Samuel G. Hall
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000

*Attorneys for Fernando Vera, Carlos Jordá, and Samuel Wilhelm*

June 17, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2026, I electronically filed a ***Corporate Disclosure Statement*** with the Clerk of the Court using CM/ECF, which sent notification of such filing to all registered participants.

I further certify that on June 18, 2026, a copy of the foregoing ***Corporate Disclosure Statement*** was caused to be served upon the following by first class mail:

Jorge Alejandro Rodriquez Moreno
Michael Enrique Otero Castillo
Angel Moreno
Pedro O. Mora
Jesus A.M. Carrillo
Eichholzstrasse 2
Steinhausen 6312
Zug, Switzerland

Ivan R. Freites C.
Calle 20
Casa Numero 12
Santa Maria
Santa Ana De Coro 4101
Venezuela

*/s/ Jonathan H. Lloyd*
Jonathan H. Lloyd (#7618)