| | |
|---|---|
| JORGE ALEJANDRO RODRIGUEZ MORENO, *et al.*, | ) ) ) |
| *Plaintiffs,* | ) Case No. 1:26-cv-00582-JLH ) |
| v. | ) ) Related to: Case No. 1:23-cv-00989-JLH |
| CITGO PETROLEUM CORPORATION, *et al.*, | ) ) ) |
| *Defendants.* | ) ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel

moves for the admission *pro hac vice* of Michael J. Gottlieb, Samuel G. Hall, and Kristin E.

Bender, of Willkie Farr & Gallagher LLP, to represent Fernando Vera, Carlos Jordá, and Samuel

Wilhelm in the above-captioned action.

| | |
|---|---|
| Dated: June 17, 2026<br><br>OF COUNSEL:<br>WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>2049 Century Park East<br>Los Angeles, California 90067<br>(310) 855-3000<br>mgottlieb@willkie.com<br><br>Samuel G. Hall<br>Kristin E. Bender<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>shall@willkie.com<br>kbender@willkie.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Alexandra M. Cumings*<br>Alexandra M. Cumings (#6146)<br>Phillip B. Reytan (#7255)<br>Jonathan H. Lloyd (7618)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>acumings@morrisnichols.com<br>preytan@morrisnichols.com<br>jlloyd@morrisnichols.com<br><br>*Attorneys for Fernando Vera, Carlos Jordá, and Samuel Wilhelm* |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Michael J. Gottlieb, Samuel G. Hall, and Kristin E. Bender, is GRANTED.


Date: _____, 2026


_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the State of California, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order Re: Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 will be submitted to the Clerk of the Court upon the filing of this motion.

Dated: June 17, 2026

*/s/ Michael J. Gottlieb*
Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
2049 Century Park East
Los Angeles, California 90067
(310) 855-3000
mgottlieb@willkie.com

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order Re: Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 will be submitted to the Clerk of the Court upon the filing of this motion.

Dated: June 17, 2026

*/s/ Samuel G. Hall*
Samuel G. Hall
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
shall@willkie.com

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order Re: Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 will be submitted to the Clerk of the Court upon the filing of this motion.

Dated: June 17, 2026

*/s/ Kristin E. Bender*
Kristin E. Bender
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I electronically filed a ***Motion and Order for Admission Pro Hac Vice*** with the Clerk of the Court using CM/ECF, which sent notification of such filing to all registered participants.

I further certify that on June 17, 2026, a copy of the foregoing ***Motion and Order For Admission Pro Hac Vice*** was caused to be served upon the following by first class mail:

Jorge Alejandro Rodriquez Moreno
Michael Enrique Otero Castillo
Angel Moreno
Pedro O. Mora
Jesus A.M. Carrillo
Eichholzstrasse 2
Steinhausen 6312
Zug, Switzerland

Ivan R. Freites C.
Calle 20
Casa Numero 12
Santa Maria
Santa Ana De Coro 4101
Venezuela

*/s/ Jonathan H. Lloyd*
Jonathan H. Lloyd (#7618)