**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JORGE ALEJANDRO RODRIGUEZ MORENO, *et al.*, | ) |
| | ) |
| | ) |
| *Plaintiffs,* | ) Case No. 1:26-cv-00582-JLH |
| | ) |
| v. | ) |
| | ) Related to: Case No. 1:23-cv-00989-JLH |
| CITGO PETROLEUM CORPORATION, *et al.*, | ) |
| | ) |
| | ) |
| *Defendants.* | ) |

**WAIVER OF THE SERVICE OF SUMMONS**

Defendants Carlos Jordá, Fernando Vera, and Samuel Wilhelm hereby waive service of a summons in this action. By waiving service of a summons and any objections to the absence of a summons or of service, Defendants do not waive, and expressly reserve, the right to assert all other defenses and objections, including without limitation defenses and objections to the complaint, the lawsuit, the court's jurisdiction, and the venue of the action.

| | |
|---|---|
| Dated: June 17, 2026<br><br>OF COUNSEL:<br>WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>2049 Century Park East<br>Los Angeles, California 90067<br>(310) 855-3000<br>mgottlieb@willkie.com<br><br>Samuel G. Hall<br>Kristin E. Bender<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>shall@willkie.com<br>kbender@willkie.com | MORRIS, NICHOLS, ARSHT &<br>TUNNELL LLP<br><br>*/s/ Alexandra M. Cumings*<br>Alexandra M. Cumings (#6146)<br>Phillip B. Reytan (#7255)<br>Jonathan H. Lloyd (7618)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>acumings@morrisnichols.com<br>preytan@morrisnichols.com<br>jlloyd@morrisnichols.com<br><br>*Attorneys for Fernando Vera, Carlos*<br>*Jordá, and Samuel Wilhelm* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I electronically filed a *Waiver of the Service of Summons* with the Clerk of the Court using CM/ECF, which sent notification of such filing to all registered participants.

I further certify that on June 17, 2026, a copy of the foregoing *Waiver of the Service of Summons* was caused to be served upon the following by first class mail:

Jorge Alejandro Rodriquez Moreno
Michael Enrique Otero Castillo
Angel Moreno
Pedro O. Mora
Jesus A.M. Carrillo
Eichholzstrasse 2
Steinhausen 6312
Zug, Switzerland

Ivan R. Freites C.
Calle 20
Casa Numero 12
Santa Maria
Santa Ana De Coro 4101
Venezuela

/s/ *Jonathan H. Lloyd*
Jonathan H. Lloyd (#7618)