**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JORGE ALEJANDRO RODRIGUEZ MORENO, *et al.*, | ) | |
| *Plaintiffs*, | ) | C.A. No. 1:26-cv-00582-JLH |
| v. | ) | Related C.A. No. 1:23-cv-00989-JLH |
| CITGO PETROLEUM CORPORATION, *et al.*, | ) | |
| *Defendants*. | ) | |

**CITGO DEFENDANTS' UNOPPOSED MOTION TO ENLARGE PAGE LIMIT *INSTANTER* FOR OPENING BRIEF IN SUPPORT OF JOINT MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants PDV Holding, Inc. ("PDVH") and CITGO Petroleum Corporation ("CITGO"), together with PDVH and CITGO officers and/or directors Carlos Jordá, Samuel Wilhelm, and Fernando Vera (the "Individual CITGO Defendants" and, together with PDVH and CITGO, the "CITGO Defendants") respectfully move this Court for an order enlarging the page limit *instanter* for their opening brief in support of their joint motion to dismiss Plaintiffs' complaint from 20 to 30 pages. *See* Local Rule 7.1.3(a)(4) (imposing a 20-page limit on opening briefs). Plaintiffs consent to this motion on the understanding that the CITGO Defendants consent to a similar enlargement of pages for Plaintiffs' response brief.

There is good cause for an enlargement of the page limit. The CITGO Defendants are filing a joint motion to dismiss on behalf of two corporate entities and three individuals. Plaintiffs' complaint is 117 pages long and asserts twelve causes of action against various combinations of fourteen defendants. Plaintiffs' claims are premised on a diffuse narrative spanning multiple prior and pending actions in Delaware and Florida, alleging RICO enterprise theories, sealing-order

violations, witness intimidation, constitutional claims, tort theories, foreign-law damages, and defamation. The requested enlargement is modest and necessary to allow the five CITGO Defendants to present all issues and arguments coherently without burdening the Court with underdeveloped arguments or with duplicative separate motions. With this enlargement, the CITGO Defendants will be able to explain together all at once why the case is barred by claim-splitting, why the Complaint violates Rule 8, and why each asserted count independently fails under the governing standards.

Plaintiffs will suffer no prejudice from the modest enlargement because it does not alter any deadline, deprive them of a response opportunity, or affect the substantive standards governing the motion. If anything, the additional pages will promote fairness and efficiency by allowing Defendants to address Plaintiffs' unusually lengthy and diffuse Complaint in an organized way, giving Plaintiffs and the Court clearer notice of the grounds for dismissal.

The CITGO Defendants asked Plaintiffs their views on a 10-page enlargement on June 16, 2026, and Plaintiffs consented on the understanding that Defendants consent to a similar enlargement for Plaintiffs' response brief.

## CONCLUSION

Accordingly, the CITGO Defendants respectfully request that this Court grant the requested relief and provide that the total number of pages submitted will not exceed 30 pages.

MORRIS NICHOLS ARSHT & TUNNELL

*/s/ Alexandra M. Cumings*
Alexandra M. Cumings (#6146)
Phillip Reytan (#7255)
Jonathan H. Lloyd (#7618)
1201 North Market Street
Wilmington, DE 19801
(302) 351-9284
acumings@morrisnichols.com
preytan@morrisnichols.com
jlloyd@morrisnichols.com

*Attorneys for Defendants*
*CITGO Petroleum Corporation,*
*PDV Holding, Inc., Carlos Jordá,*
*Samuel Wilhelm, and Fernando Vera*

OF COUNSEL:

EIMER STAHL LLP
Nathan P. Eimer
Daniel D. Birk
224 South Michigan Avenue, Suite 1100
Chicago, Il 60604
(312) 660-7600
neimer@eimerstahl.com
dbirk@eimerstahl.com

Jonathan Breit
1999 South Bascom Avenue, Suite 1025,
Campbell, CA 95008
(408) 889-1670
jbreit@eimerstahl.com

*Attorneys for Defendants*
*CITGO Petroleum Corporation and*
*PDV Holding, Inc.*

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
2049 Century Park East
Los Angeles, California 90067
(310) 855-3000

Samuel G. Hall
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000

*Attorneys for Defendants*
*Carlos Jordá, Samuel Wilhelm, and*
*Fernando Vera*

Dated: June 17, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2026, I electronically filed **Citgo Defendants' Unopposed Motion to Enlarge Page Limit *Instanter* for Opening Brief in Support of Joint Motion to Dismiss Plaintiffs' Complaint (the "Motion") and Proposed Order** thereto with the Clerk of the Court using CM/ECF, which sent notification of such filing to all registered participants.

I further certify that on June 17, 2026, a copy of the foregoing **Motion and Proposed Order** was caused to be served upon the following by first class mail:

Jorge Alejandro Rodriquez Moreno
Michael Enrique Otero Castillo
Angel Moreno
Pedro O. Mora
Jesus A.M. Carrillo
Eichholzstrasse 2
Steinhausen 6312
Zug, Switzerland

Ivan R. Freites C.
Calle 20
Casa Numero 12
Santa Maria
Santa Ana De Coro 4101
Venezuela

/s/ Jonathan H. Lloyd
Jonathan H. Lloyd (#7618)