**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JORGE ALEJANDRO RODRIGUEZ MORENO, *et al.*, | ) | |
| *Plaintiffs*, | ) | C.A. No. 1:26-cv-00582-JLH |
| v. | ) | Related C.A. No. 1:23-cv-00989-JLH |
| CITGO PETROLEUM CORPORATION, *et al.*, | ) | |
| *Defendants*. | ) | |

**[PROPOSED] ORDER GRANTING CITGO DEFENDANTS' UNOPPOSED MOTION TO ENLARGE PAGE LIMIT *INSTANTER* FOR OPENING BRIEF IN SUPPORT OF JOINT MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Having read and considered Defendants PDV Holding, Inc., CITGO Petroleum Corporation, Carlos Jordá, Samuel Wilhelm, and Fernando Vera's (the "CITGO Defendants") Unopposed Motion to Enlarge Page Limit Instanter, and good cause appearing, it is hereby ORDERED that the CITGO Defendants' motion to dismiss is GRANTED. The CITGO Defendants are granted a 10-page enlargement of the page limit, up to 30 pages, for their joint motion to dismiss Plaintiffs' complaint.

**IT SO ORDERED** this ____ day of __________________, 2026.

______________________________
The Honorable Jennifer L. Hall