## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JORGE ALEJANDRO RODRIGUEZ )
MORENO, *et al.*, )
                )
            *Plaintiffs*, )    C.A. No. 1:26-cv-00582-JLH
                )
    v. )
                )    Related C.A. No. 1:23-cv-00989-JLH
CITGO PETROLEUM CORPORATION, *et al.*, )
                )
            *Defendants*. )
                )

## CITGO DEFENDANTS'
## JOINT MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants PDV Holding, Inc. ("PDVH") and CITGO Petroleum Corporation ("CITGO"),

together with PDVH and CITGO officers and/or directors Carlos Jordá, Samuel Wilhelm, and

Fernando Vera (the "Individual CITGO Defendants" and, together with PDVH and CITGO, the

"CITGO Defendants") hereby move to dismiss Plaintiffs' Complaint pursuant to Federal Rule of

Civil Procedure 12(b)(6) with prejudice. The grounds for this motion are set forth in the CITGO

Defendants' Opening Brief submitted herewith.

MORRIS NICHOLS ARSHT & TUNNELL

OF COUNSEL:

EIMER STAHL LLP
Nathan P. Eimer
Daniel D. Birk
224 South Michigan Avenue, Suite 1100
Chicago, Il 60604
(312) 660-7600
neimer@eimerstahl.com
dbirk@eimerstahl.com

Jonathan Breit
1999 South Bascom Avenue, Suite 1025,
Campbell, CA 95008
(408) 889-1670
jbreit@eimerstahl.com

*Attorneys for Defendants*
*CITGO Petroleum Corporation and*
*PDV Holding, Inc.*


WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
2049 Century Park East
Los Angeles, California 90067
(310) 855-3000

Samuel G. Hall
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000

*Attorneys for Defendants*
*Carlos Jordá, Samuel Wilhelm, and*
*Fernando Vera*

Dated:  June 17, 2026

*/s/ Alexandra M. Cumings*
Alexandra M. Cumings (#6146)
Phillip Reytan (#7255)
Jonathan H. Lloyd (#7618)
1201 North Market Street
Wilmington, DE 19801
(302) 351-9284
acumings@morrisnichols.com
preytan@morrisnichols.com
jlloyd@morrisnichols.com

*Attorneys for Defendants*
*CITGO Petroleum Corporation,*
*PDV Holding, Inc., Carlos Jordá,*
*Samuel Wilhelm, and Fernando Vera*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2026, I electronically filed **Citgo Defendants' Joint Motion to Dismiss Plaintiffs' Complaint (the "Motion") and the Proposed Order** thereto with the Clerk of the Court using CM/ECF, which sent notification of such filing to all registered participants.

I further certify that on June 17, 2026, a copy of the foregoing **Motion and Proposed Order** was caused to be served upon the following by first class mail:

Jorge Alejandro Rodriquez Moreno
Michael Enrique Otero Castillo
Angel Moreno
Pedro O. Mora
Jesus A.M. Carrillo
Eichholzstrasse 2
Steinhausen 6312
Zug, Switzerland

Ivan R. Freites C.
Calle 20
Casa Numero 12
Santa Maria
Santa Ana De Coro 4101
Venezuela

/s/ Jonathan H. Lloyd
Jonathan H. Lloyd (#7618)

3