## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORGE ALEJANDRO RODRIGUEZ MORENZO; IVAN R. FREITES C.; MIGUEL ENRIQUE OTERO CASTILLO; ANGEL MORENO; PEDRO O. MORA; and JESUS A.M. CARRILLO, <br><br> Plaintiffs, <br><br> v. <br><br> CITGO PETROLEUM CORPORATION; PDV HOLDING, INC.; WORLDWIDE STRATEGIC CONSULTANTS LLC; JUNTA ADMINISTRADORA AD HOC DE PETROLEOS DE VENEZUELA, S.A. (d/b/a PDVSA); SAMUEL WILHELM; JULIAN CARDENAS  GARCIA; FERNANDO VERA; CARLOS JORDA; CARLOS E SARDI;  HORACIO MEDINA; JOSE VICENTE  CARRASQUERO; and ORLANDO VIERA-BLANCO <br><br> Defendants. | C.A. No. 1:26-cv-00582 JLH |

## <u>WORLDWIDE STRATEGIC CONSULTANTS LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT IN LIEU OF AN ANSWER</u>

Defendant Worldwide Strategic Consultants LLC hereby moves to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) with prejudice.  The grounds for this motion will be set forth in Worldwide Strategic Consultants LLC's forthcoming Opening Brief.

**McALLISTER FIRM LLC**

*/s/ Daniel F. McAllister*
Daniel F. McAllister, Esquire (#4887)
McAllister Firm LLC
800 N. King St., Suite 203
Wilmington, DE 19801
(302) 543-5158
dan@mcallisterfirm.com

Dated: June 23, 2026                    *Attorney for Defendant*
                                        *Worldwide Strategic Consultants LLC*

**CERTIFICATE OF SERVICE**

I, Daniel F. McAllister, Esquire, hereby certify that on June 23, 2026, I electronically filed  Defendant Worldwide Strategic Consultants LLC's  Motion to Dismiss (the "Motion") and the Proposed Order with the Clerk of the Court using CM/ECF, which sent notifications of such filings to all the registered participants:

Alexandra M. Cummings, Esquire;
Jonathan Lloyd, Esquire;
Philip Reytan, Esquire;
Morris Nichols, Arsht & Tunnell LLP
1201 N Market St. Suite 1600
Wilmington, DE 19801
acumings@mnat.com;
jlloyd@morrisnichols.com;
preytan@morrisnichols.com


By First-Class mail:

| | |
|---|---|
| Jorge Alejandro Rodriquez Moreno | Ivan R. Freites C. |
| Michael Enrique Otero Castillo | Calle 20 |
| Angel Moreno | Casa Numero 12 |
| Pedro O. Mora | Santa Maria |
| Jesus A. M. Carrillo | Santa Ana De Coro 4101 |
| Eichholzstrasse 2 | Venezuela |
| Steinhausen 6312 | |
| Zug, Switzerland | |

June 23, 2026

*/s/ Daniel F. McAllister*
Daniel F. McAllister, Esq. (#4887)

**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JORGE ALEJANDRO RODRIGUEZ MORENZO; IVAN R. FREITES C.; MIGUEL ENRIQUE OTERO CASTILLO; ANGEL MORENO; PEDRO O. MORA; and JESUS A.M. CARRILLO, <br><br> Plaintiffs, <br><br> v. <br><br> CITGO PETROLEUM CORPORATION; PDV HOLDING, INC.; WORLDWIDE STRATEGIC CONSULTANTS LLC; JUNTA ADMINISTRADORA AD HOC DE PETROLEOS DE VENEZUELA, S.A. (d/b/a PDVSA); SAMUEL WILHELM; JULIAN CARDENAS  GARCIA; FERNANDO VERA; CARLOS JORDA; CARLOS E SARDI;  HORACIO MEDINA; JOSE VICENTE  CARRASQUERO; and ORLANDO VIERA-BLANCO <br><br> Defendants. | C.A. No. 1:26-cv-00582 JLH |

## [PROPOSED] ORDER GRANTING DEFENDANT WORLDWIDE STRATEGIC CONSULTANTS LLC'S  MOTION TO DISMISS

The Court having heard Defendant Worldwide Strategic Consultants LLC.'s Motion to Dismiss and Opening Brief in support thereof, and good cause appearing, it is HEREBY ORDERED this _____ day of _____, 2026 that the Motion is Granted.  Plaintiff's Complaint is dismissed under Federal Rule of Civil Procedure 12(b)(6) with Prejudice, and the clerk is DIRECTED to enter judgment for Defendants Worldwide Strategic Consultants LLC in a separate document under Rule 58(a).

_____
The Honorable Jennifer  L. Hall